AO91 (Rev. 12/03)  Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| | Case Number: 7:16-po-03800 |

Ana Maria MEJIA
IAE A088 335 402
Mexico 1950

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 06, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Ana Maria MEJIA was encountered by Border Patrol Agents near Hidalgo, Texas on August 6, 2016. When questioned as to her citizenship, defendant stated that she was a citizen and national of the United Mexican States, who had entered the United States illegally on August 6, 2016 by rafting across the Rio Grande River near the Donna, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Pena, Julio C.  Border Patrol Agent
Signature of Complainant

Pena, Julio C.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 07, 2016                                                        at        McAllen, Texas
Date                                                                                  City/State

Dorina Ramos            U.S. Magistrate Judge
Name of Judge           Title of Judge                                  Signature of Judge